## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 20-23145 |
| Gerard Skelton | Chapter: | 7 |
| | Judge: | CMG |

### NOTICE OF PROPOSED ABANDONMENT

_____ Karen E. Bezner _____, _____ Trustee _____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:   Jeanne A. Naughton, Clerk
> United States Bankruptcy Court
> United States Courthouse
> 402 East State Street
> Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable  Christine M. Gravelle, U.S.B.J.
on _____ March 16, 2021 _____ at  10:00  a.m. at the United States Bankruptcy Court, Courtroom no. ____3____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:  112 Limerick Lane, Phillipsburg, New Jersey
> valued at $165,000.00

> Liens on property:          Midland Credit Mgt., $196,314.00

> Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:       Karen E. Bezner, Trustee   /s/  Karen E. Bezner

Address:    567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.:  (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 20-23145-CMG

Gerard Skelton                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                          Page 1 of 2

Date Rcvd: Feb 11, 2021                   Form ID: pdf905                              Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Gerard Skelton, 1 Kinney Circle, Stewartsville, NJ 08886-2030 |
| cr | + | Home Point Financial Corporation, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519035339 | #+ | Home Point Financial Corp., PO Biox 790309, Saint Louis, MO 63179-0309 |
| 519035341 | | MIDLAND CREDIT MANAGEMENT, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519035342 | + | Midland mortgage, PO BOX 26648, Oklahoma City, OK 73126-0648 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2021 22:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2021 22:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519035338 | | Email/Text: mrdiscen@discover.com | Feb 11 2021 22:08:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519110223 | + | Email/Text: notices@ircocu.com | Feb 11 2021 22:10:00 | IRCO Community FCU, 450 Hillcrest Boulevard, Phillipsburg, NJ 08865-1527 |
| 519035340 | + | Email/Text: notices@ircocu.com | Feb 11 2021 22:10:00 | IRCO Community Ferderal Credit Union, 450 Hillcrest Blvd., Phillipsburg, NJ 08865-1527 |
| 519035342 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 11 2021 22:42:40 | Midland mortgage, PO BOX 26648, Oklahoma City, OK 73126-0648 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519035343 | | wife |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 11, 2021 | Form ID: pdf905 | Total Noticed: 10

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Gerard Skelton joan@joanlaverylaw.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Shauna M Deluca | on behalf of Creditor Home Point Financial Corporation sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6