| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Michael.A.Artis@usdoj.gov | **Order Filed on April 30, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Gerard Skelton,<br><br>Debtor. | Case No.: 20-23145 (CMG)<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge: Honorable Christine M. Gravelle |

## CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO JULY 2, 2021

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 30, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Gerard Skelton

Chapter 7 Case No.: 20-23145 (CMG)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to July 2, 2021**

_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, United States Trustee, by and through his counsel the Office of the United States Trustee (Michael A. Artis, Esquire appearing), and the law firm of Lavery & Sirkis, counsel for the Debtor, (Joan Sirkis Warren, Esquire, appearing), and for other good cause shown, it is hereby;

**ORDERED** that any motion by the United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the United States Trustee and/or the Chapter 7 trustee must be filed on or before **July 2, 2021**; and it is further;

**ORDERED** that the United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| Joan Sirkis Warren<br>Lavery & Sirkis<br>Attorney for the Debtor | Andrew R. Vara<br>United States Trustee, Regions 3 & 9 |
| By: */s/Joan Sirkis Warren*<br>     Joan Sirkis Warren<br>     Attorney for the Debtor | By: */s/Michael A. Artis*<br>     Michael A. Artis<br>     Trial Attorney |