| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| UNITED STATES DEPARTMENT OF JUSTICE |
| OFFICE OF THE UNITED STATES TRUSTEE |
| ANDREW R. VARA |
| UNITED STATES TRUSTEE, REGIONS 3 & 9 |
| Michael A. Artis, Esquire |
| One Newark Center, Suite 2100 |
| Newark, NJ 07102 |
| Telephone: (973) 645-3014 |
| Fax: (973) 645-5993 |
| Email: Michael.A.Artis@usdoj.gov |

**Order Filed on April 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Gerard Skelton,

Debtor.

Case No.: 20-23145 (CMG)

Chapter 7

Hearing Date:

Judge: Honorable Christine M. Gravelle

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE
UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO JULY 2, 2021**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 30, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Gerard Skelton

Chapter 7 Case No.: 20-23145 (CMG)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to July 2, 2021**

_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, United States Trustee, by and through his counsel the Office of the United States Trustee (Michael A. Artis, Esquire appearing), and the law firm of Lavery & Sirkis, counsel for the Debtor, (Joan Sirkis Warren, Esquire, appearing), and for other good cause shown, it is hereby;

**ORDERED** that any motion by the United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the United States Trustee and/or the Chapter 7 trustee must be filed on or before **July 2, 2021**; and it is further;

**ORDERED** that the United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

The form and entry of the order is
hereby acknowledged and agreed to:                Without Objection:

Joan Sirkis Warren
Lavery & Sirkis                                   Andrew R. Vara
Attorney for the Debtor                           United States Trustee, Regions 3 & 9

By: _/s/Joan Sirkis Warren_____                   By: _/s/Michael A. Artis_____
    Joan Sirkis Warren                                 Michael A. Artis
    Attorney for the Debtor                             Trial Attorney

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 20-23145-CMG

Gerard Skelton                                                                                        Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 30, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gerard Skelton, 1 Kinney Circle, Stewartsville, NJ 08886-2030 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Gerard Skelton joan@joanlaverylaw.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Shauna M Deluca | on behalf of Creditor Home Point Financial Corporation sdeluca@raslg.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 30, 2021                       Form ID: pdf903                                 Total Noticed: 1

Sindi Mncina
                        on behalf of Creditor Home Point Financial Corporation smncina@raslg.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8